Cory G. Lee, Esq. (SBN 216921)
**THE DOWNEY LAW FIRM, LLC** (*Of Counsel*)
433 N. Camden Drive, 6th Floor
Beverly Hills, California 90210
Tel:   (610) 324-2848
Fax:   (610) 813-4579
Email: downeyjusticelee@gmail.com

Attorneys for Plaintiff and the proposed Class

**HANSON BRIDGETT LLP**
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
EMILY H. FULMER, SBN 279419
efulmer@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Tel: (415) 777-3200
Fax: (415) 541-9366

Attorneys for Defendants
LEPRINO FOODS COMPANY and LEPRINO
FOODS DAIRY PRODUCTS COMPANY

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| JONATHON TALAVERA, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>                    Plaintiff,<br><br>          v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br>                                        Defendants. | Case No.: 1:15-cv-00105-AWI-BAM<br><br>**STIPULATION FOR FILING OF AMENDED COMPLAINT; ORDER** |

      / / /

      / / /

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

It is further stipulated that the deadline to file Defendant's response to the First Amended Complaint is May 18, 2015.

Respectfully submitted,

The Downey Law Firm, LLC

_____
Cory Lee
*Of Counsel*
Counsel for the Plaintiff and the putative class

Dated:  April 16, 2015

HANSON BRIDGETT LLP

/s/ Sandra L .Rappaport
_____
Sandra L .Rappaport
Counsel for Defendants Leprino Foods Company and Leprino Foods Dairy Products Company

Dated:  April 16, 2015

ORDER

Plaintiff's attached First Amended Complaint is deemed filed as of the date of Plaintiff's filing of this Stipulation and Order.

Defendants' Response deadline is May 18, 2016.

IT IS SO ORDERED

Dated:  **April 20, 2015**                    /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE