Philip A. Downey (admitted *pro hac vice*)
Pennsylvania Attorney ID No. 81603
**The Downey Law Firm, LLC**
P.O. Box 1021
Unionville, Pa 19375
Tel: (610) 324-2848
Fax: (610) 813-4579
Email: downeyjustice@gmail.com

Cory G. Lee, Esq. (SBN 216921)
**THE DOWNEY LAW FIRM, LLC** (*Of Counsel*)
9595 Wilshire Blvd., Suite 900
Beverly Hills, California 90212
Tel:    (610) 324-2848
Fax:   (610) 813-4579
Email: downeyjusticelee@gmail.com

Attorneys for Plaintiff and the proposed Class

**HANSON BRIDGETT LLP**
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
EMILY H. FULMER, SBN 279419
efulmer@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Tel: (415) 777-3200
Fax: (415) 541-9366

Attorneys for Defendants
LEPRINO FOODS COMPANY and LEPRINO
FOODS DAIRY PRODUCTS COMPANY

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| JONATHON TALAVERA, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>        Plaintiff,<br><br>    v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br>        Defendants. | Case No.:  1:15-cv-00105-AWI-BAM<br><br>**STIPULATION FOR EXTENSION TO DISCOVERY CUT-OFF; ORDER** |

- 1 –

1  *Whereas* the Parties' current non-expert discovery cut-off pursuant to the Court's April 22,
2  2015 Preliminary Scheduling Order is December 15, 2015;
3  *Whereas* the Counsel for Defendant and Plaintiff have been engaged in a productive meet
4  and confer regarding the Parties' respective responses to written discovery;
5  *Whereas* counsel for Defendant, primarily responsible for the informal discovery
6  negotiations related to the Parties respective responses to written discovery, is unavailable and
7  unreachable from September 17, 2015 to October 5, 2015 due to her wedding and honeymoon;
8  *Whereas* the Parties have agreed to defer informal discovery negotiations and any
9  discovery motions until her return;
10  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their
11  respective counsels that they wish the current non-expert discovery cut-off date continued from
12  December 15, 2015 to January 9, 2016.  The parties have agreed that Plaintiff will not notice
13  depositions to take place between December 24 and January 1. No further dates need be changed
14  or continued because of this continuance.
15  *Therefore*, the Parties request the Court continue the pending non-expert discovery cut-off
16  date from December 15, 2015 to January 9, 2016.

Respectfully submitted,

The Downey Law Firm, LLC

/s/ Cory Lee
_____
Cory Lee
*Of Counsel*
Counsel for the Plaintiff and the putative class

Dated:  September _22, 2015

HANSON BRIDGETT LLP

/s/Sandra L. Rappaport_

_

Sandra L. Rappaport
Counsel for Defendants Leprino Foods Company and
Leprino Foods Dairy Products Company

Dated:  September  22, 2015

- 2 –

Stipulation For Extension to Discovery Cut-Off; Order
*Talavera v. Leprino Foods Company*, et al., Case No. 1:15-cv-00105-AWI-BAM

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the pending non-expert discovery cut-off deadline is continued from December 15, 2015 to **January 9, 2016**.

IT IS SO ORDERED.

Dated:   **September 23, 2015**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE