UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| JONATHON TALAVERA, on behalf of himself and on behalf of all other similarly situated individuals,<br><br>   Plaintiff,<br><br> v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive.<br><br>   Defendants. | Case No.   1:15-cv-0105-AWI-BAM<br><br>**ORDER MODIFYING PRELIMINARY SCHEDULING ORDER** |

On December 4, 2015, the Court held a status conference with Plaintiff Jonathon Talavera and Defendants Leprino Foods Company.  At the conference, Plaintiff requested that the Scheduling Conference Order issued on April 22, 2015, be modified based on ongoing issues with discovery. Having considered Plaintiff's request, the Court finds good cause for modification of the scheduling

conference order and shall grant the requested relief.  Accordingly, **IT IS HEREBY ORDERED** that the following schedule shall be adopted:

|  | ORIGINAL DEADLINE | NEW DEADLINE |
|---|---|---|
| Non-Expert Discovery Cutoff: | January 9, 2016 | February 8, 2016 |
| Expert Disclosure: | January 15, 2016 | February 15, 2016 |
| Supplemental Expert Disclosure: | January 29, 2016 | February 29, 2016 |
| Expert Discovery Cutoff: | March 11, 2016 | April 11, 2016 |
| Class Certification Filing Deadline: | April 1, 2016 | May 2, 2016 |
| Class Certification Opposition: | April 29, 2016 | May 31, 2016 |
| Class Certification Reply: | May 13, 2016 | June 13, 2016 |
| Class Certification Hearing: | June 3, 2016<br>Time:  9:00 a.m.<br>Dept:  8(BAM) | July 8, 2016<br>Time:  9:00 a.m.<br>Dept:  8(BAM) |

IT IS SO ORDERED.

Dated:   **December 4, 2015**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE