1  Cory G. Lee, Esq. (SBN 216921)
   **THE DOWNEY LAW FIRM, LLC** (*Of Counsel*)
2  9595 Wilshire Blvd., Suite 900
   Beverly Hills, California 90212
3  Tel:    (610) 324-2848
   Fax:    (610) 813-4579
4  Email: downeyjusticelee@gmail.com

5  Attorneys for Plaintiff and the proposed Class

6  **HANSON BRIDGETT LLP**
   SANDRA L. RAPPAPORT, SBN 172990
7  srappaport@hansonbridgett.com
   EMILY F. TAYLOR, SBN 279419
8  etaylor@hansonbridgett.com
9  425 Market Street, 26th Floor
   San Francisco, California 94105
10 Tel: (415) 777-3200
   Fax: (415) 541-9366
11

12 Attorneys for Defendants
   LEPRINO FOODS COMPANY and LEPRINO
13 FOODS DAIRY PRODUCTS COMPANY

14

15              **UNITED STATES DISTRICT COURT FOR THE**
                **EASTERN DISTRICT OF CALIFORNIA**
16                        **FRESNO DIVISION**

17 JONATHON TALAVERA, on behalf of himself   )   Case No.:  1:15-cv-00105-AWI-BAM
   and on behalf of all other similarly situated   )
18 individuals,                                )   **STIPULATED REQUEST FOR**
                                               )   **CLARIFICATION OR CORRECTION**
19                        Plaintiff,           )   **REGARDING BIFURCATION OF**
                                               )   **DISCOVERY; ORDER**
20            v.                               )
                                               )
21 LEPRINO FOODS COMPANY, a Colorado           )
   Corporation; LEPRINO FOODS DAIRY            )
22 PRODUCTS COMPANY, a Colorado                )
   Corporation; and DOES 1-50, inclusive,      )
23                                             )
                        Defendants.            )
24

25

26

27        / / /

28        / / /

1

2      *Whereas*, the April 14, 2015, JOINT REPORT PURSUANT TO FED. R. CIV. P. 26(f) filed

3   by Plaintiff and Defendants agreed to phased discovery with pre-class certification discovery prior

4   to merits discovery.  See Docket No. 14, p.5:6-7.

5      *Whereas*, the Court's April 22, 2015, Preliminary Scheduling Order refers to "6. Non-

6   Expert Discovery Cutoff", "7.  Expert Disclosure," "8.  Supplemental Expert Disclosure," and "9.

7   Expert Discovery Cutoff" without reference to phased discovery.  See Docket No. 16, p. 2:20-

3:11.

8      *Whereas*, during the Court's November 23, 2015, Informal Discovery Conference, the

9   Court indicated that it believed the omission of phased discovery in the Preliminary Scheduling

10  Order was inadvertent.

11     *Whereas* the Parties continue to desire phased discovery in this matter.

12     *IT IS HEREBY STIPULATED* by and between the parties hereto through their respective

13  attorneys of record that discovery in this matter be phased with pre-class certification discovery

14  prior to merits discovery.  The Parties jointly request correction or clarification of the Court's April

15  22, Preliminary Scheduling Order.

16                                                    Respectfully submitted,

17                                                    The Downey Law Firm, LLC

18                                                    ___/s/ Cory G. Lee_____
19                                                    Cory Lee
                                                      *Of Counsel*
20                                                    Counsel for the Plaintiff and the putative class
    Dated:  February 10, 2016

21

22                                                    HANSON BRIDGETT LLP

23

                                                      By: ___/s/ *Emily F. Taylor*_____
24                                                    SANDRA L. RAPPAPORT
                                                      EMILY F. TAYLOR
25                                                    Attorneys for Defendants
                                                      LEPRINO FOODS COMPANY and LEPRINO
26                                                    FOODS DAIRY PRODUCTS COMPANY
    Dated:  February 10, 2016

27

28

1

2
**ORDER**

3

4         **Discovery in this matter is bifurcated and phased with Pre-Class Certification**

5     **Discovery as scheduled in the Court's Preliminary Scheduling Order as variously amended**

6     **and supplemented by the Orders of this Court, and post-certification merits discovery, if**

7     **any, to be Ordered on a future date.**

8
IT IS SO ORDERED.
9

10       Dated:    **February 11, 2016**              /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28