R. Rex Parris (SBN 96567)
    rrparris@parrislawyers.com
Alexander R. Wheeler (SBN 239541)
    awheeler@parrislawyers.com
Kitty K. Szeto (SBN 258136)
    kszeto@parrislawyers.com
Ryan A. Crist (SBN 316653)
    rcrist@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:    (661) 949-2595
Facsimile:    (661) 949-7524
www.parris.com

Attorneys for Plaintiffs and the Settlement Class

HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
LEPRINO FOODS COMPANY and
LEPRINO FOODS DAIRY PRODUCTS COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ISAIAS VASQUEZ and LINDA HEFKE on behalf of all other similarly situated individuals,

Plaintiffs,

v.

LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,

Defendants.

Case No. 1:17-cv-00796-JLT-BAM

**CLASS ACTION**

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE THE LEPRINO CASES FOR SETTLEMENT PURPOSES ONLY**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

Plaintiffs Isaias Vazquez, Linda Hefke, Jerrod Finder, Jonathan Talavera, John Perez, Andrew Howell, and Fred Walter (collectively "Plaintiffs") and Defendants Leprino Foods Company and Leprino Foods Dairy Products Company (collectively "Defendants" or "Leprino," and together collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation to consolidate their cases for settlement purposes only.

**WHEREAS**, Plaintiff Jerrod Finder filed a lawsuit entitled *Finder v. Leprino Foods Company, et al.*, Case No. 1:13-cv-02059-JLT-BAM ("*Finder*"), on November 15, 2013, alleging California Labor Code violations including failures to provide a second meal break or accurate itemized wage statements, waiting time violations, Unfair Business Practices Act violations, and Private Attorneys General Act ("PAGA") claims based on those substantive violations;

**WHEREAS**, on January 21, 2015, Plaintiff Jonathon Talavera filed a second wage-and-hour class action against Leprino entitled *Talavera v. Leprino Foods Company, et al.*, Case. No. 1:15-cv-00105-JLT-BAM ("*Talavera*"), which ultimately included substantively similar claims as *Finder*;

**WHEREAS**, on November 21, 2016, the Honorable Anthony W. Ishii found significant overlap between *Finder* and *Talavera* and consolidated them into a single action (*Finder*, 1:13-cv-02059, Doc. 63);

**WHEREAS**, on April 13, 2017, Plaintiff John Perez filed a similar wage-and-hour class action, which Leprino removed to federal court, entitled *Perez v. Leprino Foods Company, et al.*, Case No. 1:17-cv-00686-JLT-BAM ("*Perez*"), on behalf of the hourly employees at Leprino's Lemoore East facility, and the Court related *Perez* to *Finder/Talavera*;

**WHEREAS**, on May 8, 2017, Plaintiffs Isaias Vazquez and Linda Hefke filed another wage-and-hour class action, which Leprino removed to federal court, entitled *Vasquez, et al. v. Leprino Foods Company, et al.*, Case No. 1:17-cv-00796-JLT-BAM ("*Vasquez*"), on behalf of the hourly employees at Leprino's Lemoore West facility, and the Court related *Vasquez* to *Perez* and *Finder/Talavera*;

1

**WHEREAS**, on April 24, 2018, Plaintiff Andrew Howell filed a wage-and-hour class action entitled *Howell v. Leprino Foods Company, et al.*, Case No. 1:18-cv-01404-JLT-BAM ("*Howell*") on behalf of the hourly employees at Leprino's Tracy facility, and the Court related *Howell* to *Finder*;

**WHEREAS**, on February 28, 2020, Charles Bates filed a nearly identical wage-and-hour class action as *Howell*, which Leprino removed to federal court, and the Court related *Bates* to *Howell*;

**WHEREAS**, on August 16, 2022, Judge Ishii granted leave to substitute Charles Bates with Plaintiff Fred Walter as the class representative in the case entitled *Walter v. Leprino Foods Company, et al.*, Case No. 2:20-cv-00700-JLT-BAM ("*Walter*");

**WHEREAS**, on March 14, 2023, the *Vasquez* matter proceeded to a jury trial and the jury rendered a verdict for Leprino;

**WHEREAS**, the *Vasquez* Plaintiffs appealed the verdict and Leprino filed a conditional cross-appeal;

**WHEREAS**, during the pendency of the *Vasquez* appeal, the Parties participated in two (2) full-day, in-person mediation sessions with Ninth Circuit Mediator, Kyungah Kay Suk, on July 31, 2023 and September 18, 2023 to globally resolve *Finder*, *Talavera*, *Vasquez*, *Perez*, *Howell*, and *Walter* (collectively "Leprino Cases");

**WHEREAS**, the Parties successfully reached a settlement that will globally resolve the Leprino Cases;

**WHEREAS**, the Parties have met and conferred and have agreed that (1) these cases involve common questions of fact and law involving California Labor Code claims for wage-and-hour violations, including, but not limited to, failure to provide legally compliant meal periods, failure to provide accurate wage statements, and failure to pay wages, against the same defendants, (2) significant resources would be saved in having these cases consolidated for purposes of settlement, and (3) consolidation of the actions is appropriate for settlement purposes pursuant to Rule 42 of the Federal Rules of Civil Procedure, with this case being designated as the lead case;

1       **WHEREAS**, because the settlement will resolve all of the Leprino Cases, the Parties

2   agree to stipulate to consolidate the Leprino Cases for settlement purposes only; and

3       **THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that the

4   Leprino Cases shall be consolidated for settlement purposes only, with the *Vasquez* matter being

5   the lead case.

6

7   Date:  December 4, 2023                    **PARRIS LAW FIRM**

8

9                                              By:   /s/ Kitty K. Szeto

10                                                 Kitty K. Szeto
                                                   Attorneys for Plaintiffs
11

12  Date:  December 4, 2023                    **HANSON BRIDGETT LLP**

13

14                                             By:   /s/ Lisa M. Pooley

15                                                 Lisa M. Pooley
                                                   Attorneys for Defendants
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONSOLIDATE THE LEPRINO CASES FOR SETTLEMENT PURPOSES ONLY

1

**[~~PROPOSED~~] ORDER**

2          Pursuant to the Parties' Stipulation to Consolidate the Leprino Cases for Settlement

3   Purposes Only, the Court finds good cause and hereby consolidates the following cases, with

4   *Vasquez, et al. v. Leprino Foods Company, et al.*, Case No. 1:17-cv-00796-JLT-BAM, to be the

5   lead case:

6          1.   *Finder v. Leprino Foods Company, et al.*, Case No. 1:13-cv-02059-JLT-BAM;

7          2.   *Talavera v. Leprino Foods Company, et al.*, Case. No. 1:15-cv-00105-JLT-BAM;

8          3.   *Vasquez, et al. v. Leprino Foods Company, et al.*, Case No. 1:17-cv-00796-JLT-

9                BAM;

10         4.   *Perez v. Leprino Foods Company, et al.*, Case No. 1:17-cv-00686-JLT-BAM;

11         5.   *Howell v. Leprino Foods Company, et al.*, Case No. 1:18-cv-01404-JLT-BAM; and

12         6.   *Walter v. Leprino Foods Company, et al.*, Case No. 2:20-cv-00700-JLT-BAM.

13

14

15   IT IS SO ORDERED.

16      Dated:   __**December 7, 2023**__



17                                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28